UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEAN A. CLARK,

                      Plaintiff,

        - against -

DMV, ET AL.,

                  Defendants.

22-cv-3086 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The application to transfer this case to the White Plains Courthouse is denied. The plaintiff alleges that he is a resident of New York County and sued defendants who allegedly reside in New York County based on claims that appear to relate to New York County.

The Clerk is directed to mail a copy of this order to the plaintiff and to note service on the docket. The Clerk is further directed to close Docket No. 4.

SO ORDERED.

Dated:     New York, New York
           April 15, 2022

                                John G. Koeltl
                        United States District Judge