UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SEAN A CLARK,

Plaintiff(s),                          22 civ 3086 (JGK)

-against-                                                    **ORDER**

DMV, et al.,

Defendant(s).
-----------------------------------------------------------------------X
**JOHN G. KOELTL, DISTRICT JUDGE:**

The plaintiff, by order of May 9, 2022, was granted 30 days to file an amended

complaint.  The plaintiff was advised that "If the plaintiff does not file an amended complaint

within the time allowed, the Court will dismiss this action."

Having no record of an amended complaint, or the filing thereof, the Court dismisses this

action.  The Clerk is directed to close this case.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        June 16, 2022